UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20269-Cr-Scola/Goodman

UNITED STATES OF AMERICA,   )
                            )
v.                          )
                            )
CARLOS ORLANDO LEDESMA, et al.  )
                            )
_____ )

**PROTECTIVE ORDER**

This matter came before the Court on the Government's Unopposed Motion for a protective order concerning confidential information, including personal identification information and financial information. Having reviewed the motion, and finding good cause to afford protection to confidential information, pursuant to the Court's authority under Rule 16 of the Federal Rules of Criminal Procedure and the Court's Standing Discovery Order, it is hereby

**ORDERED**:

**Confidential information provided in discovery.** The United States' discovery in this case includes confidential information, including personal identification information, financial information, witness statements, confidential information about individuals whose engines were stolen or whose serial numbers were copied, prospective witnesses, others who dealt with the defendants and their associates, and law enforcement reports and materials from the investigation, which is ongoing.

Personal identification information may include social security numbers, dates of birth, addresses, telephone numbers, emails, driver's license, identification and passport numbers, and

other personal information. Financial information may include bank records, financial statements, accountant records, credit reports, credit card records, tax records, and other personal financial information.

**Limits on use and further dissemination.** The defendants, the defendants' attorneys in this criminal case, and their personnel, may use confidential information provided by the United States only for purposes of this case, including direct appeal, and may disclose them to non-parties to this litigation only as needed for this litigation, and only if the non-party is provided with a copy of this Order and agrees in a written certification to the terms of this Order, including limited use, non-dissemination, and return of confidential information by such non-party.

**Disposition of Confidential Information.** Unless there is a further Order of this Court, within 90 days of the final conclusion of this criminal case, including any direct appeal, the defendants shall return to the United States or destroy and certify to the United States the destruction of all the electronic or paper documents containing confidential information and all copies, as well as all notes, memoranda, summaries, or other documents containing confidential information.

DONE AND ORDERED in Miami, Florida, on July 6, 2022.

ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

cc:     All counsel of record