UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   22-20269-CR-SCOLA/GOODMAN

UNITED STATES OF AMERICA,

vs.

CARLOS ORLANDO LEDESMA,
NADIA ESPERANZA LEDESMA,
OSMANI VALDIA PEREZ, and
ROBERTO MARRERO-CISNERO
_____/

**UNOPPOSED JOINT MOTION TO CONTINUE SENTENCING HEARING SET ON MAY 19, 2023, PURSUANT TO ORDER RESETTING SENTENCING HEARING (DE 64) AND ENGLARGEMENT OF TIME TO RESPOND TO PRESENTENCE INVESTIGATION (DE 63)**

The Defendant, Carlos Orlando Ledesma, by and through undersigned counsel, files this Unopposed Joint to Continue Sentencing Hearing Set on May 19, 2023, Pursuant to Order Resetting Sentencing Hearing (DE 64) and Enlargement of Time to Respond to Presentence Investigation (DE 63), and states as follows:

1. Sentencing is set on this matter on May 19, 2023, pursuant to Order Resetting Sentencing Hearing (DE 64).

2. Counsel for the Defendants, Carlos Orlando Ledesma and Nadia Esperanza Ledesma need additional time to obtain review the Presentence Investigation with the clients. Undersigned counsel caught the flu twice over the past month and has been out of the office and unable to meet with client and co-counsel.

3. Undersigned counsel conferred with the AUSA in this matter, Ana Maria Martinez, and she has no objection to this continuance and enlargement of time.

1

4. Undersigned counsel conferred with the attorney for Nadia Esperanza Ledesma, Renier Diaz de la Portilla, and he joins in on this motion.

WHEREFORE, the Defendant, Carlos Orlando Ledesma, respectfully requests that the Court enter an order continuing the May 19, 2023 sentencing to July 15, 2023 and enlarge the time to respond to the Presentence investigation until June 2, 2023, and such other relief that this Court deem just and proper.

Respectfully submitted,

**RICK YABOR LAW, P.A.**
10631 North Kendall Drive
Suite 135
Miami, FL 33176
Office (305) 760-2277
Email: rick.yabor@yaborlaw.com

BY: /s/ Rick Yabor
**RICK L. YABOR**
Florida Bar No: 191019

**RENIER DIAZ DE LA PORTILLA, P.A.**
1481 NW 22nd Street
Miami, FL 33142
renier@diazdelaportillalawyers.com
Office: (305) 900-9311

BY: /s/ Renier Dias de la Portilla
**RENIER DIAZ DE LA PORTILLA**
Florida Bar No: 39631

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on May 2, 2023, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF. I also certify the forgoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by

CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

> BY: /s/ Rick Yabor
> **RICK L. YABOR**